UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE TERRELL FRAZIER,

      Petitioner,

                                            File No.  1:04-CV-397

v.

                                            HON. ROBERT HOLMES BELL

PAUL RENICO,

      Respondent.
                                     /

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Petitioner's objections to the Magistrate Judge's June 22, 2004 Report and Recommendation (Docket #4) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Magistrate Judge's June 22, 2004 Report and Recommendation is **APPROVED** and **ADOPTED** as the opinion of the Court.


Date:  September 19, 2005        /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                   CHIEF UNITED STATES DISTRICT JUDGE